UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FIDELITY AND GUARANTY INSURANCE COMPANY, an Iowa corporation; TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut corporation; and ST. PAUL MERCURY INSURANCE COMPANY, a Connecticut corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CENTEX HOMES, a Nevada general partnership; CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 1:14-cv-02051-JAM-SAB<br><br>**The Hon. John A. Mendez**<br><br>**ORDER ON STIPULATION TO CONTINUE ALL SCHEDULED DATES BY 180 DAYS**<br><br>Judge:   Hon. John A. Mendez<br><br>Trial Date:   August 8, 2016 |

**ORDER**

Having reviewed the parties' Stipulation to Continue All Scheduled Dates by 180 Days, the Court rules as follows:

Good cause exists to extend all currently scheduled dates by 180 days given the unavailability of a key witness and the fact that the Underlying Action is still developing. The Court hereby grants the parties' request to continue all scheduled dates by 180 days.

**IT IS ORDERED that all scheduled dates are continued as follows:**

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

| EVENT | CURRENT DATE | PROPOSED DATE | ORDERED DATE |
|---|---|---|---|
| Initial Expert Witness Disclosures | December 18, 2015 | June 15, 2016 | June 15, 2016 |
| Supplemental Expert Witness Disclosures | January 8, 2016 | July 6, 2016 | July 6, 2016 |
| Discovery Cut-off | February 26, 2016 | August 24, 2016 | August 24, 2016 |
| Dispositive Motion Filing Cut-off | April 6, 2016 | October 4, 2016 | October 4, 2016 |
| Dispositive Motion Hearing Date | May 4, 2016 | November 1, 2016 | November 1, 2016 at 1:30 p.m. |
| Final Pre-trial Conference Date | June 24, 2016 | December 21, 2016 | December 9, 2016 at 11:00 a.m.<br><br>(Joint statement due 12/2/2016) |
| Trial Date | August 8, 2016 | February 6, 2017 | February 6, 2017 at 9:00 a.m. |

Dated: _November 30, 2015_____

                                          /s/ John A. Mendez
                                          Hon. John A. Mendez
                                          Judge, United States District Court

Respectfully submitted by:
J. Kelby Van Patten, Bar No. 167553
kvp@paynefears.com
Jeffrey M. Hayes, Bar No. 246511
jmh@paynefears.com
Kevin C. Brantley, Bar No. 251886
kcb@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendants CENTEX HOMES and CENTEX REAL ESTATE CORPORATION

Proposed Order on Continuance of 180 days (Newberry) (11.30.15).docx