# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELITY AND GUARANTY INSURANCE COMPANY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CENTEX HOMES, et al.,<br><br>Defendants. | Case No. 1:14-cv-02051-JAM-SAB<br><br>ORDER VACATING JANUARY 20, 2016 HEARING AND DIRECTING THE CLERK OF THE CLERK TO TERMINATE MOTION TO COMPEL AND REQUEST FOR SANCTIONS<br><br>(ECF Nos. 18, 21, 22) |

On November 23, 2015, Defendants filed a motion to compel documents and request for sanctions, and on December 7, 2015, filed a notice to reschedule the hearing. (ECF Nos. 18, 21.) On January 13, 2016, Defendants filed a notice that they were withdrawing without prejudice the motion to compel documents and request for sanctions. (ECF No. 22.)

Accordingly, IT IS HEREBY ORDERED that the hearing set for January 20, 2016, is VACATED and the Clerk of the Clerk is DIRECTED to terminate the motion to compel and request for sanctions filed November 23, 2015.

IT IS SO ORDERED.

Dated: **January 13, 2016**

UNITED STATES MAGISTRATE JUDGE

1