# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELITY AND GUARANTY INSURANCE COMPANY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CENTEX HOMES, et al.,<br><br>Defendants. | Case No. 1:14-cv-02051-DAD-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 26) |

On May 26, 2016, the parties filed a notice of settlement.  (ECF No. 26.)  Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within ninety days from the date of service of this order.

IT IS SO ORDERED.

Dated: __May 27, 2016__

UNITED STATES MAGISTRATE JUDGE

1